# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

––––––––––––––––––

**No. ACM S32614 (f rev)**

––––––––––––––––––

**UNITED STATES**
*Appellee*

**v.**

**Michael J. LEWIS**
Airman (E-2), U.S. Air Force, *Appellant*

––––––––––––––––––

Appeal from the United States Air Force Trial Judiciary

*Upon further review*

Decided 22 April 2021

––––––––––––––––––

*Military Judge:* Andrew R. Norton (trial and remand).

*Sentence:* Sentence adjudged on 18 June 2019 by SpCM convened at Shaw Air Force Base, South Carolina. Sentence entered by military judge on 5 August 2019 and reentered on 4 February 2021: Bad-conduct discharge, confinement for 90 days, reduction to E-1, and a reprimand.

*For Appellant:* Major Amanda E. Dermady, USAF.

Before MINK, KEY, and ANNEXSTAD, *Appellate Military Judges*.

––––––––––––––––––

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

––––––––––––––––––

PER CURIAM:

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a)

and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.).* Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

* In an earlier opinion, we remanded Appellant's case due to an error related to the convening authority's action. *See United States v. Lewis*, No. ACM S32614, 2021 CCA LEXIS 5, at *8 (A.F. Ct. Crim. App. 8 Jan. 2021) (unpub. op.). That error has been corrected by virtue of the convening authority taking new action on the case.